IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SALENA L. CHRISTOPHERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5010 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| METLIFE INVESTORS USA | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 24).  The court finds that the parties' motion should be granted.

**IT IS ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice (Filing No. 24) is granted. The action is dismissed with prejudice, each party to bear its own costs.

2. The telephone conference previously scheduled for April 5, 2012, is canceled.

DATED this 27th day of March, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge